IRVING ROSENBAUM, Respondent, v. MORRIS MOSKIN and Another, Appellants. — Order affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within fifteen days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ

MINNIE A. DAVY and Others, Respondents, v. LOUIS GIBAUD, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Confirmation of the Award of the Arbitrator in the Arbitration between JOSEPH BLOCK and Others, Individually and as Copartners, etc., Respondents, and ABRAHAM BUSCHMAN, Doing Business as BUSCHMAN BROTHERS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

JOSEPH C. FAHEY, Appellant, v. LAND VALUE REFUNDING COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of CHECKER CAB MANUFACTURING CORPORATION and Another, Respondents, for an Order Directing that an Arbitration Proceed between Said CHECKER CAB MANUFACTURING CORPORATION and Another, and ALBERT HELLER and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SARAH C. POTTER, Respondent, v. HOWARD M. POTTER, Appellant.—Order reversed and motion denied. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

LOUIS B. HESSELBROCK, Respondent, v. DETMER WOOLEN COMPANY, Appellant.— Order modified by providing (1) that the inspection be by a certified public accountant designated by plaintiff, at his expense, instead of by plaintiff in person; (2) that plaintiff by his accountant be permitted to make copies of the records, instead of directing defendant to give plaintiff copies; (3) that the testimony of witnesses who are outside the State and whose testimony is essential for the reference, be taken by deposition; and as so modified affirmed, with ten dollars costs and disbursements to the respondent. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

SOPHIE FEINBERG, Respondent, v. CHARLES FEINBERG, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

STRELITZ & SOLDIN, G. m. b. H., Appellant, v. WALTER C. B. SCHLESINGER, Defendant, Impleaded with EMORY J. LAUER, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted so far as to require defendant Emory J. Lauer to furnish a verified bill of particulars of the matters specified in paragraphs numbered 1 to 10, inclusive, in the moving affidavit. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of DENNIS E. CONNERS, Respondent, for an Order Directing WILLIAM L. CLAY, an Attorney, etc., Appellant, to Turn Over Various Papers, etc., Belonging to the Applicant Herein.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.